# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141468 & (16)

GLENN WILHELMI and
SHERRI WILHELMI,
       Plaintiffs-Appellees,

v

SC: 141468
COA: 297931
Macomb CC: 2008-004167-NI

MARK ANTHONY BRADFORD and
J & H TRANSPORTATION, INC.,
       Defendants-Appellants.
_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 11, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2010

_____
Clerk

d0908